

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00592-CR

Roberto **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 14022CR
Honorable Enrique Fernandez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 4, 2019.

_____
Rebeca C. Martinez, Justice